# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Carole P Fields<br>Damon Emil Fields, | ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) | 3:20-cv-00367-FDW-DCK |
| vs. | ) | |
| Social Services, et al<br>Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 7, 2020 Order.

October 7, 2020

Frank G. Johns, Clerk
United States District Court